Amelia Carolla, Esquire (AC5680)
**Reisman Carolla Gran LLP**
19 Chestnut Street
Haddonfield, NJ 08033
(856) 354-0081 (phone)
(856) 873-5680 (fax)
acarolla@reismancarolla.com
Attorneys for S.D. and C.D. on behalf of M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MOORESTOWN TOWNSHIP BOARD OF EDUCATION, <br><br> Plaintiff, <br><br> v. <br><br> S.D. and C.D. on behalf of M.D., <br><br> Defendants. | Civil Action No. 10CV 312 (RMB/AMD) <br><br> **ORDER TO SHOW CAUSE FOR PRELMINARY INJUNCTION** |

**THIS MATTER** being brought before the Court by Defendants S.D. and C.D. on behalf of M.D., through their attorneys, Reisman Carolla Gran LLP, for an Order to Show Cause Why a Preliminary Injunction should not issue, based on the facts set forth in the Verified Counterclaim and Declaration of Amelia Carolla, Esquire and Exhibits attached thereto;

IT IS on this 20th day of January, 2010, ORDERED that Plaintiff, Moorestown Township Board of Education, appear and show cause why an Order should not enter requiring the Moorestown Township Board of Education (the "District") to immediately comply with the Office of Administrative Law's December 11, 2009 Order that Orchard Friends School is M.D.'s current and pendent educational placement and to immediately commence payment for same.

A copy of this Order to Show Cause, Verified Counterclaim, Declaration of Amelia Carolla, Esquire, and all supporting documentation shall be served upon Plaintiff's counsel, John Comegno, Esquire, on or before January 21, 2010, by noon and by facsimile.

Plaintiff's answering briefs in opposition shall be served no later than January 27, 2010, by noon.

Defendants' reply briefs and supporting documentation shall be served no later than January 28, 2010, by noon. The hearing will be held on January 29, 2010 at 10:00 a.m. in Courtroom 3D.

IT SO ORDERED.

_____
United States District Judge